IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| HEATHER RIEL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV05-228-S-MHW |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| METROPOLITAN LIFE INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

NOW THEREFORE IT IS HEREBY ORDERED:

In the Court's Order of February 13, 2006, it referred this case to a settlement conference with the Honorable Larry A. Burns, United States District Judge, for the Southern District of California. The parties shall abide by the following settlement conference procedures.

### SETTLEMENT CONFERENCE PROCEDURES

**Attendance**

All parties, adjusters for insured defendants, final-decision makers, and other representatives of a party **having full and complete authority to enter into a binding settlement**, and the principal attorneys responsible for the litigation, must be present and legally and factually prepared to discuss settlement of the case. Failure of any of the

**ORDER**  1

aforementioned to appear **in person** will result in the imposition of sanctions. Where settlement authority rests with a governing body, counsel shall propose special arrangements in advance for securing timely authority to settle.

>**Settlement Conference Briefs**
>
>All parties are required to file a **confidential** settlement brief <u>**seven days**</u> prior to the Settlement Conference.  Settlement briefs should not exceed ten (10) pages in length, double spaced, exclusive of exhibits, if any.  Copies of all documents that might enhance the productivity of negotiations (e.g., contracts, key correspondence or memos, reports of experts, photos, medical bills, wage loss statements, selected pages from deposition transcripts or responses to other discovery) should be attached as exhibits to the settlement briefs with significant portions highlighted for easy reference.  Parties may also attach as exhibits helpful judicial opinions and information about the settlement or judgment value of comparable cases.

\* \* \* \*

**IN ADDITION TO THE ABOVE INFORMATION, EACH BRIEF
SHALL SET FORTH AT A MINIMUM, THE FOLLOWING
"REQUIRED" CONFIDENTIAL INFORMATION:**

\* \* \* \*

>(1)     A brief analysis of the key issues involved in the litigation;
>
>(2)     A description of the strongest and weakest legal and factual points in the party's case;
>
>(3)     A description of the strongest and weakest legal and factual points in the

**ORDER   2**

opponent's case;

(4)     The status of any settlement negotiations, including the last settlement proposal made by each party; and

(5)     The settlement proposal that the party is willing to make in order to conclude the matter and spare the further expense of litigation.

Parties should hand deliver or mail the **original only** of settlement briefs directly to chambers.  FAX briefs will not be accepted. Briefs must be **received in chambers** no later than **seven (7) days** before the Settlement Conference.  *Settlement briefs are confidential and shall not be served on opposing parties nor shall they be filed with the Clerk of the Court*.  Briefs submitted by mail should be sent to:  Honorable Larry A. Burns, United States District Court, 940 Front Street, Suite 2190, San Diego, CA  92101.

DATED: February 15, 2006

Honorable Mikel H. Williams
United States Magistrate Judge

**ORDER   3**